AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

QUANAH M. SPENCER,

*Plaintiff*

v.

CITY OF SPOKANE, a municipal corporation in and for the State of Washington, GREGORY PAUL LEBSOCK, in his individual and official capacities, et al.

*Defendant*

Civil Action No. 2:19-cv-100-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2019

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment (ECF No. 26) is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE as to Defendants Lebsock and City of Spokane, and Judgment is entered for Defendants. Defendants' Motion for Judgment on the Pleadings (ECF No. 21) is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE as to Defendants Evans and Spokane County, and Judgment is entered for Defendants. Plaintiff's Rule 56(d) Motion to Continue (made in ECF No. 36) is DENIED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motions regarding ECF Nos. 21, 26, 36.

Date: 11/18/2019

CLERK OF COURT

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen